IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD E. WALTON,

      Plaintiff,                    No. CIV S-09-0479 EFB P

    vs.

J. BUTLER, et al.,

      Defendants.               ORDER
_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       By order filed February 1, 2010, the court found that plaintiff had stated sufficient charging allegations against defendants Majors, Orum, Butler, Sheal, Clarey, Orrick, Sisto, and Gullery and informed plaintiff he could proceed against those defendants only or file an amended complaint that also states a claim against defendant Rogers. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants Majors, Orum, Butler, Sheal, Clarey, Orrick, Sisto, and Gullery as consent to the dismissal of the defendant Rogers. On February 11, 2010, plaintiff returned documents for service against defendants

1

| | |
|---|---|
| 1 | Majors, Orum, Butler, Sheal, Clarey, Orrick, Sisto, and Gullery. |
| 2 | Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendant Rogers |
| 3 | are dismissed without prejudice. |
| 4 | Dated: February 22, 2010. |

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE