IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD E. WALTON,

        Plaintiff,                  No. CIV S-09-0479 EFB P

     vs.

J. BUTLER, et al.,

        Defendants.        ORDER

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. He has also requested reconsideration of the court's August 5, 2010 order denying plaintiff's earlier filed request for appointment of counsel.

     District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 27, 2010 motions for
2 appointment of counsel and for reconsideration are denied.
3 DATED: November 1, 2010.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE